UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SERGEY SINYAYEV,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary, United States Department of Homeland Security; LAURA HERMOSILLO, Acting Seattle Field Office Director, United States Citizenship and Immigration Services; BRUCE SCOTT, Warden of Immigration Detention Facility; and the United States Immigration and Customs Enforcement,<br><br>　　　　Respondents. | No. 2:25-cv-02746-JNW<br><br>**ORDER FOR APPOINTMENT OF COUNSEL** |

　　THE COURT has considered Petitioner Sergey Sinyayev's motion for appointment of counsel.

　　IT IS ORDERED that Assistant Federal Public Defender Gregory Murphy is appointed to represent Petitioner.

　　DATED this 16th day of January 2026.

_____
UNITED STATES JUDGE

Presented by:

s/ *Gregory Murphy*
Assistant Federal Public Defender

ORDER FOR APPOINTMENT OF COUNSEL
(*Sinyayev v. Bondi, et al.*) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100